| **Information to identify the case:** | |
|---|---|
| Debtor 1: Gail Marie DiMicco<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4963<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing):<br>First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Eastern District of New York | |
| Case number:  8–19–75607–reg | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Marc A. Pergament (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Robert E. Grossman<br>United States Bankruptcy Judge

Dated: April 8, 2021

**BLfnld7** [Final Decree 7 rev 12/01/15]